# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| United States Of America, | : | Case No. 3:17cr000049 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | | Magistrate Judge Sharon L. Ovington |
| v. | : | |
| Christian Eduardo Flores-Lozano, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on June 9, 2017, before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #25). Having conducted a full colloquy with Defendant Christian Eduardo Flores-Lozano, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty in the Indictment.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations. Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge,

and finds that Defendant Christian Eduardo Flores-Lozano's guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty as charged of the offense to which he pled—specifically, knowingly and intentionally possessing with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

Walter H. Rice
United States District Judge